UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GA TELESIS, LLC,

            Plaintiff,

      v.

SALESFORCE.COM, INC.,

            Defendant.

Case No.  21-cv-02701-AGT

**DISCOVERY ORDER**

Re: Dkt. No. 88

This order memorializes the rulings made on the record during this morning's hearing concerning the discovery disputes raised in the parties' joint letter at Dkt. 88.

1.  The dispute as to Salesforce's Rog 7 is not ripe in light of GA Telesis's forthcoming second supplemental response.  To the extent Salesforce takes issue with the sufficiency of the supplemental response, the parties must meet and confer.  If they still cannot resolve their dispute, they may file a joint letter within seven days of the meet and confer.

2.  The Court declines to compel GA Telesis to further supplement its response to Salesforce's Rog 12 at this time.  Rog 12 is a contention interrogatory and discovery in this case has just begun.  GA Telesis must continue to meet its Rule 26(e) duty to supplement.

3.  Salesforce's RFPs 5–7 and 30–37 are overbroad.  The parties must further meet and confer to narrow the scope of these RFPs consistent with the Court's guidance.  If they cannot agree, the parties must file an updated joint letter by March 28, 2022.

4.  GA Telesis may proceed with the depositions of current Salesforce employees Jenna Hillard and Norman Gallagher, and former Salesforce employee Rick Zahn.  Salesforce's request for a protective order is denied.

**IT IS SO ORDERED.**

Dated:  March 18, 2022

ALEX G. TSE
United States Magistrate Judge