UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GA TELESIS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>    Defendant. | Case No. 21-cv-02701-AGT<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 93 |

Salesforce has asked the Court to "set a deadline of April 22, 2022 for GA Telesis to substantially complete its production [of documents] in this case." Dkt. 93 at 2. The request is denied. Salesforce has also asked the Court to limit the deposition of former Salesforce employee Rick Zahn to "3 hours on the record." *Id.* at 3. That request is also denied; GA Telesis may depose Zahn for up to seven hours. *See* Fed. R. Civ. P. 30(d)(1).

**IT IS SO ORDERED.**

Dated: April 13, 2022

ALEX G. TSE
United States Magistrate Judge